IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Timothy Tyrone Alexander,<br><br>PETITIONER<br><br>v.<br><br>United States of America,<br><br>RESPONDENT | Crim. No. 4:11-cr-00416-TLW-1<br>C/A No. 4:18-cv-01497-TLW<br><br><br>**Order** |

This matter comes before the Court for consideration of the pro se petition to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255 filed by Petitioner Timothy Tyrone Alexander.  In his petition, he claims that the Court erred in not reducing his sentence under U.S.S.G. § 5G1.3(b) for the prison time he served on an undischarged term of imprisonment that was relevant conduct to the federal offense, and that his counsel rendered ineffective assistance of counsel by failing to pursue this issue on appeal.  He asks the Court to vacate the judgment and resentence him.

The claims raised by Petitioner are now moot, as the Court has now granted a separate motion he filed as a result of Amendment 782 to the Guidelines.  The Court has entered an order doing so.  *See* ECF Nos. 1028, 1074.  In granting that motion and reducing his sentence to 140 months, the Court gave him credit for the time he served on the undischarged term of imprisonment.  Thus, he has now received, albeit through other means, the only relief he requests in this petition.  Accordingly, his petition for relief pursuant to § 2255, ECF No. 1017, is **DISMISSED AS MOOT**.

IT IS SO ORDERED.[1]

                                              *s/ Terry L. Wooten*
                                              Terry L. Wooten
                                              Senior United States District Judge

September 11, 2020
Columbia, South Carolina

---

[1] In light of this ruling, the Court terminates as **MOOT** the remaining outstanding motions in this case, ECF Nos. 1021, 1026, 1062.